UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-80235-CIV-CANNON/Reinhart

**JOSEPH RAGUSA**,

    Plaintiffs,

v.

**KILOLO KIJAKAZI**,
Acting Commissioner of Social Security,

    Defendant.
_____/

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on Plaintiff's Motion for Summary Judgment [ECF No. 16] and Defendant's Motion for Summary Judgment [ECF No. 17]. The Court granted summary judgment in favor of Defendant in a separate order [ECF No. 21], which adopted Judge Reinhart's Report [ECF No. 18]. In accordance with Federal Rule of Civil Procedure 58, the Court hereby

**ORDERS AND ADJUDGES** as follows:

1. Judgment is entered in favor of Defendant Kilolo Kijakazi, Acting Commissioner of Social Security, and against Plaintiff Joseph Ragusa.

2. The Clerk of Court is directed to **CLOSE** this case. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 5th day of March 2022.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record